UNITED STATES DISTRICT COURT
Southern ~~NORTHERN~~ DISTRICT OF ILLINOIS
EASTERN DIVISION



FILED
AUG 25 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

MICKEY Deangelo MASON

Pro-SE

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

C/O William A Spiller #10397

Robin Rowold

Internal Affairs

Kelly Pierce

Mrs Wood (PANYC)

Kimberly Butler

Case No: 17-867-DRH
(To be supplied by the Clerk of this Court)

L.T Smolek

Mail Room Staff / Menard's

Ornage Crush / Statewide
Tacticial Unit / menards

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓         **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
             U.S. Code (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

pg 1

I. **Plaintiff(s):**

  A. Name: MICKEY Deangelo MASON

  B. List all aliases: N/A

  C. Prisoner identification number: # R04336

  D. Place of present confinement: Menard Correctional Center

  E. Address: P.O Box 1000 Menard IL, 62259

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

  A. Defendant: William A Spiller #10397

   Title: Correctional Officer

   Place of Employment: Menard Correctional Center

  B. Defendant: Statewide Tactical Unit / Orange Crush C.O's

   Title: Correctional Officers

   Place of Employment: Menard / etc.

  C. Defendant: Robin Rowold

   Title: Counselor

   Place of Employment: Menard Correctional Center

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Pg 2

Revised 9/2007

Defendant(s)

D. Defendant: Internal Affairs Correctional Officers
   Title: Correctional Officers
   Place Of Employment: Menard Correctional Center

E. Defendant: Kimberly Butler
   Title: Warden
   Place Of Employment: Menard Correctional Center

F. Defendant: Kelly Pierce
   Title: Grievance Officer
   Place Of Employment: Menard Correctional Center

G. Defendant: Mail Room Staff
   Title: Correctional Officers
   Place Of Employment: Menard Correctional Center

H. Defendant: Counselor Mrs Wood (panye)
   Title: Counselor
   Place Of Employment: Menard Correctional Center

I. Defendant: L.T Smolek
   Title: L.T
   Place Of Employment: Menard Correctional Center

PG 3

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: MASON - VS- Rottar #8510 09CV6701

    B. Approximate date of filing lawsuit: Nov 2, 2009

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: NA
        MICKEY Deangelo Mason
        NA
        NA

    D. List all defendants: OFC Rottar #8510, OFC Baluk #8814, OFC Tepper, [scribbled out text] Capt Dembosz #101, LiT Dahmen #188, SGT. Powers #183, SGT Scales

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District, IL

    F. Name of judge to whom case was assigned: Judge Blanche M. Manning, Magistrate Judge Arlander Keys

    G. Basic claim made: Conspired acting the Color OF Law to violate My Due Process / 14th amendment Rights

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed Without Prejudice

    I. Approximate date of disposition: June 25th 2010

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

PG 4

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1) On Feb 3rd 2016 Mickey Mason put Counselor Mrs Wood (Payne), Lieutenant Smolek, Warden Kimberly Butler, and all administrative staff on notice that if I'm harmed while being in East Cell house, that I protested to this housing and that they are now liable for any future litigation for discrimination and jeopardizing the safety and security of myself and all other inmates housed on the odd galleries (1,3,5,7,9) of East house. (SEE Att 1 1-2 Exb #1) Statewide Tactical Unit/Orange Crush always abuse, harass, and knowingly performs acts which they know is forbidden by law to perform concerning East and West cell house were mostly High Aggression level inmates are housed which is one of the reasons why Mickey Mason protested to the East Cell house.

2). On April 1st 2016 a statewide tactical officer/Orange Crush C.O without cause forced Mickey Mason on another mans butt with his private area in front of East cell house building telling him to keep the line tight. When Mickey Mason tryed to move off of

PG 5

Revised 9/2007

the mans butt infront of him, without cause statewide tactical officer/Orange Crush C.O physically assaulted Mickey Mason while his hands were cuffed behind his back and never posed a threat at any time. On the way back in the East Cell house while walking up the stairs William A Spiller dressed in Orange Crush clothing/tactical Gear physically assaulted Mickey Mason without cause while his hands were cuffed behind his back because he didnt have his head down. After William A Spiller choked Mickey Mason until he turned red, William A Spiller pushed his head down forcefully to where he thought it should be. Multiple bruises contusions were visible, Immediately following the assault I requested medical attention. The head lacerations were no less a concern as the soreness in my neck/Adams apple. I repeatedly over the next 3 days made out cries for Medical Attention, it was at this time I truly became fearful for my life. By the time Internal Affairs called me to Health Care to question me on 4/5/2016, I tryed to let C.O Ward who question me know about the pain in my neck and that I need medical attention, and he was not trying to hear what I was saying. When I stated that his Internal Affairs cohart William A Spiller assaulted me he wasn't trying to listen to anything else amongs everything else that happen. After I gave my statement I asked for a copy from C.O Ward and I never got one.

PG 6

(SEE Att #2 1-3 pages, TO Internal Affairs and Warden Kimberly Bulter about issue)

After the interview with Internal Affairs CO Ward, I still requested Medical Attention and that is when RN Amy Lang amongs other CO's asked me do I want a rape kit out loud infront of inmates, and other personnel that was in Health Care. Everybody started laughing when I stated I wasn't rape but forced on another man's butt by Orange Crush CO's. When I declined the rape kit RN Amy Lang told them to take me back to the cell house ignoring my cries out for Medical Attention. So I was declined Medical Attention because I refuse the rape kit, and over the next 4 to 8 days my neck and adam's apple suffer pain.

3). On April 4th 2016 when I wrote a Grievance on William A Spiller after recieving his full name, Counselor Wood (Payne) responded stating that Spiller works for Internal Affairs and not Orange Crush. I then sent the Grievance with a letter to Grievance Officer Kelly Pierce April 11th 2016 and I never got it back. I wrote the same Grievance against William A Spiller 5 times and never got them back. So on 7/17/2016 I wrote the Grievance and sent it straight to the A.R.B. (SEE Grievance Att #3 1-2 pages dated 7/17/2016 with Administrative Review Board stamped recieved Aug 10th 2016) with A.R.B Correspondence

PG 7

4). After I went threw the grievance process I wrote the Illinois state Police twice and got no response because my outgoing mail to government officials was being thrown away after funds was taken off my account to pay for postage. It wasn't until May 13th 2016 that I was able to get my mail sent threw Certified Mail, and Menard's Mailroom staff sent me a reciept back stamped filed with the wrong year 2015 instead of 2016. (SEE Att #4 1-2) It wasn't til then I start to notice that all of my incoming Legal mail & Privileged mail from Government officials was being tampered with, along with waiting 7 to 10 days to send outgoing Legal and Privileged mail out.

5). Grievance Officer Kelly Pierce was wrote numerous of times asking for Grievance# 25-11-16 that they didn't send me back. (SEE Att #5 letters wrote to Kelly Pierce, The Director, Counselor Robin Rowold, The Major, and SEE Warden response to Grievance, along with Grievance dated 10/6/2016.

6). Counselor Robin Rowold was not responding to any Grievance that I was filing nor was she sending the Grievances back to me, So I sent them straight to the A.R.B. (SEE Att #6 Grievances dated 7/4/2016, 9/30/2016, ARB Correspondence, 6 letters that was sent to Counselor Rowold, 1 Response letter from Counselor Rowold)

7). Mail Room / Internal Affairs started steam opening all of my incoming legal & Privileged mail from Government Officials because they were aware that I was trying to press charges on William A Spiller who works for Internal Affairs. On 11/9/2016 I recieved Certified Legal Mail that was opened, read without my consent, nor was I able to sign for the Certified Mail because someone had already forged my signature.

PG 8

On 11/28/2016 I recieved Certified Legal Mail 18 days later from the post mark date clearly marked Legal Mail that the mail room staff or Internal Affairs scratched out with a red marker, and opened, read without my consent, nor was this Legal Certified Mail was open in my presences, nor was I able to sign for the Certified Legal Mail because my signature was forged, and mail was held for 18 days which was a denial on my Successive Post Conviction Petitions that I only had 30 days to appeal. Then On 11/30/2016 I recieved Legal Mail from the Chief Judge that was post marked 11/8/2016 22 days later, clearly mail from Government Officials that was open'd, read without my consent, nor in my presences.

(SEE Att #7 Grievance dated 11/30/2016/ letter to Warden)

(SEE Att #8 Grievance dated 11/28/2016, Officer Report, ARB Response)

SEE Exb #2 Att #9, Manailla Enevelope from Clerk of Appellate Court, 1st District 160 North LaSalle, Room J 1400, Certified Mail Sticker, with "Official Legal Mail scratched out by Mailroom Staff/ Internal Affairs.) Manailla Enevelope from Clerk of Supreme Court State of Springfield clearly marked Legal Mail that was scratched out by mailroom staff/ Internal Affairs.) Manailla Enevelope from Dorothy Brown Clerk of The Court Certified Mail,) Manailla Enevelope from Chief Judge that was held 22 days.)

SEE Exb #3 Att #10 Grievance Officers Report 97/10-16/Grievance Dated 9/22/2016 of the mailroom returning outgoing mail that's clearly marked Legal Mail which was two Legal Petitions to the Clerk of Courts, Also SEE Money Voucher reciept that the Mailroom staff sent back stating the "Clerk Mail is not Legal Mail-refer to handbook", 2 white envelopes with stamp from mailroom that says "Only Privileged/Legal Mail can be sealed, and letter sent to Warden Kimberly Butler 9/23/2016 and 12/1/2016.

PG 9

Then mailroom staff stop sending my money voucher reciepts to verify when my Legal/Privileged mail was sent out. So I wrote Leslie McCarty A.R.B and the mailroom staff sent that money voucher reciept back with a middle finger drew on the reciept dated 8/1/2016 and Clerk of the Circuit Court reciept stamped Legal mail which the mailroom just stated Clerk mail is not Legal mail. SEE EXb #4 Att #11, 2 envelopes, 4 money voucher ~~reciept~~ receipts 8/1/2016 with the midde finger, 9/13/2016, 9/19/2016, 9/20/2016, a letter to Warden ~~████████~~ dated 9/23/2016 and 12/1/2016, A letter to Leslie McCarty dated 8/1/2016, and Four ~~~~ letters dated 8/10/2016 and 7/21/2016 sent to Mail Room, and 10/3/2016 and 10/18/2016.

8). Internal Affairs. I was told by Counselor Robin Rowold that internal affairs is the only people that could open Legal & Privileged mail if they have you flagged. SEE Grievance Dated 9/30/2016 concerning Counselor Rowold, I sent that Grievance to Kelly Pierce and I never got it back amongs other Grievances

Since April 1st 2016 Mickey Mason has been denied Mental Health and Medical Attention SEE Att #12 A.R.B correspondence dated 3/14/17 with Grievance that was sent straight to A.R.B dated April 3rd 2017, and A.R.B ~~so~~ response dated 4-3-17.

Since Mickey Mason has been physically assauted twice while his hands were cuffed behind his back and never posed a threat, forced on another's man's butt by Statewide tacticial Unit/Orange Crush, he's been denied Medicial Attention, Mental Health, been harass, denied proper access the right to grievance, complain, properly present and perserve issues to be heard, seek relief, justice, mail being tampered with/thrown away along with Grievances, is a complete way and an attempt to cover up their violations and wrongdoings by Government Officials.

PG 10

After being made aware, William A Spiller, Statewide Tactical Unit/Orange Crush, Kelly Pierce, Internal Affairs Correctional Officers, Mail Room Staff, Mrs Wood (Panye), L.T Smolek, and Kimberly Bulter openly conspired acting the Color of law to Violate my Due Process/14th amendment Rights. The request of Medicial Attention, Mental Health, along with the retalatory actions of multiple individuals directly under the auspices of Warden Kimberly Bulter, The Director, and all administrative staff was brought to bear by way of the Grievance Proceedure.

After exhuasting all availible Proceedures and receiving the elimination of Continuing to appeal utilizing the Grievance forms stated for that purpose, Defendant chose to Plead before this Honorable Court. SEE EX'D #5 Att #13

SEE Also recent manailla envelope from Illinois Innocence Project Post mark date 6/23/2017 that was sent ® USPS Priority Mail and was clearly marked Legal Mail, and Menard Mail Room Staff/ Internal Affairs still open, read, and tampered with my Legal/Privleged Mail without opening it in my presences, nor was I able to sign for it.

SEE Recent manailla envelope that was sent from The Supreme Court that was clearly marked Legal Mail post mark date 6/19/2017. Menard Mail room staff/Internal Affairs bleached out Legal Mail and open/read without my consent nor in my presences. This has been an onging problem since April of 2016 with Menard staff and Internal Affairs opening confidential Legal and Privelged Mail, and etc

PG 11

# RECENT RETALATORY ACTIONS

9). Aug 3rd, 2017. Orange Crush tactical unit came to my cell and took all of my Trial Transcripts concerning my case, case Discovery, all of my legal manilla envelopes/Exhibits to prove that clearly marked legal mail was opened without my consent, nor in my presences. Food, and manilla envelopes that was purchased from commissary was also taken where I'm not able to send my legal Petitions out and etc. When I notice my legal Documents and etc was missing I notified the gallery officer Sandie Walker to let me speak to a L.T. She asked me for what I I stated that this dont concern her and I contiued to ask to speak to an L.T. She then came back 30 mins later and did not say anything to me until I addressed her asking where is the L.T. She stated he's busy and dont have time to come to my cell. I filed two Emergency Grievances, wrote a letter to the Warden, contacted my family, and Mental Health due to constantly being harassed by prison officials. I've got no response back from none of the above concerning my legal Documents and etc. I'm being detered from moving along in my appeal process because my case discovery was taken, along with my Trial Transcripts.

10) On 8/10/2017 I was moved to North 2 cell 3.50 to a one man cell Forced to live with another cellmate when a Judge just order Menard Correctional Officials to clear the cells due to a lawsuit by Inmates forced to live together in one man cells. I was retaliated against due to me exercizing my Due Process Rights of the 14th Amendment which prohibits a State from depriving "any person of life, liberty, or property without due process of law.

Conti From Pg 11

My Property/Legal Documents was taken intentially on 8/3/2017 along with Food, Legal Exhibits to present to the court that Legal Mail that was sent to me by attorney's and gouerment Officials was being tampered with, and opened, read without my consent, nor in my presences, along with my name being forged on Certified Legal Mail from the Courts numerous times.

Due to me exercizing my rights to Grievance, complain, litignte, properly present and preserve issues to be heard, seek relief, Freedom, and Justice. I'm being retaliated against for those reasons as to why I was moved intentionally from North Lowers cell-3-11 where I was working in Inmate kicthen. By being forced to live in a one man cell with limited room due to another cellmate, there is no shelf for my T.V which means I have to sleep with my T.V on my bed. Which I'm now having pains in certain areas of my body due to me not being able to strech, there is no room for property boxes and etc. By me being forced to live in a one man cell due to retalitory actions affects my health and safety, and is also a violation of my eight and 14th amendment rights.

Above is Emergency Grievance that Menard Officials will not return.

Cont, Pg 11

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

It is my request that the C.O who openly assualted me, conspired to keep me from recieving medical Attention and properly documenting external and internal injuries be held accountable by the following. (A) Retraing in the appropriate use of force. (B) Sensitivity trainig in dealing with Inmates. (C) Suspended sans pay equal to the amount of days I was denied medical Attention 12 days. Moreover, I move this Honorable Court to award the sum of one dollar ($1.00) to be doubled everyday from the date of this incident until the date of the Final disposition of this case.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 22 day of August, 20 17

Mickey Deangelo Mason
(Signature of plaintiff or plaintiffs)

Mickey Deangelo Mason
(Print name)

R04336
(I.D. Number)

Menard Correctional Center P.O Box 1000
Menard IL 62259
(Address)

PG 12

Revised 9/2007

## Declartive States

I Mickey Mason being duly sworn deposes and says: The mention statements are an accurate representation of the incident started on April 1st 2016 and the companion violations which exede a constitutionally violative level that remain active as the notaryzed date of sining.

## Proff Of Service

I Mickey Mason hereby ascertain and affirm that I caused the proper seruing of this Complaint by mailing 13 copies of the original Complaint. Single copies for the Judge, States Atty. and each of the 9 defendants on this 30th date of July 2017

/S/ Mickey Mason

PG 13